TRULINCS 79509510 - LIPMAN, JONATHAN - Unit: LOS-H-S

---

CV24-7950-FLA
Notice of issues completing Form CV-60P

Attn: Clerk C. Sawyer and the U.S. District Court

This is notice of issues completing and filing the "Court's Request to Proceed without prepayment of filing fees with declaration in Support (Form CV-60P)" in its entireity. I am having trouble getting the "Certificate of Authorized Funds form" completed. It can be quite difficult due to the number of detainees at Metropolitan Detention Center Los Angeles in relation to the number of staff members available to fulfill their requests; or for other reasons, to get staff to be available and to respond to detainees in a timely manner to legal requests like this or of any nature. I have more recently requested a BP-199 for release of the 5.00 dollar filing fee as well, but that has also in the past been an incredibly slow process.

I have asked my father, Marc Lipman, to submit on my behalf the filing fee of $5.00 for writ of habeas corpus, civil case CV24-7950-FLA, through a cashiers check or money order drawn on the United States Postal Service, payable to: Clerk, U.S. District Court.

The Address provided to submit this fee is:

United States Courthouse
Office of the Clerk
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

Jonathan Lipman 74504-510
Metropolitan Detention Center Los Angeles
P.O. Box 531500
Los Angeles CA 90053

United States District Court
Office of the Clerk
255 East Temple Street Suite TS-134
Los Angeles CA 90012

