JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN LIPMAN,<br>Petitioner,<br>v.<br>JUDGE FERNANDO AENNLE-ROCHA,<br>Respondent. | Case No. 2:24-cv-07950-SPG<br><br>**JUDGMENT** |

Pursuant to the Order Granting the Honorable Judge Fernando Aenlle-Rocha's Motion to Dismiss, filed concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner Jonathan Lipman's ("Petitioner") Petition for a Writ of Habeas Corpus (the "Petition"), filed at ECF No. 1, is DISMISSED. Dismissal is with prejudice to the extent Petitioner seeks to challenge the conditions of his pretrial detention. Otherwise, the Petition is dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: September 14, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE